**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 0:26-cv-63292-AHS

QUINTON WATERMAN,

Plaintiff,

v.

LANDSCAPE WORKSHOP, LLC, a foreign limited liability company authorized to transact business in Florida under the alternate name LANDSCAPE WORKSHOP OF ALABAMA, LLC

Defendant.
______________________________________/

## SUMMONS IN A CIVIL ACTION

To: Defendant: Landscape Workshop, LLC
Registered Agent: Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel: (786) 924-9929
Fax: (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 23, 2026

Angela E. Noble
Clerk of Court

*s/ K. Riles*
Deputy Clerk
U.S. District Courts